IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUA-CHEN JENNY LIN and JONATHAN W. DIAMOND, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ECOTALITY, INC., H. RAVI BRAR, and SUSIE HERMANN,<br><br>    Defendants. | Case Nos. 13-3791 SC<br>            13-3840 SC<br><br>ORDER STAYING CASES |
| ERIC M. COHEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ECOTALITY, INC., H. RAVI BRAR, and SUSIE HERMANN,<br><br>    Defendants. | |

On October 10, 2013, Defendant ECOtality, Inc. (the "Debtor") filed notices of pendency of bankruptcy in the above-captioned related cases. Case No. 13-3791, ECF No. 13; Case No. 13-3840, ECF No. 14. The Debtor and certain of its affiliates and subsidiaries have filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Arizona. Pursuant to section 362(a)(1) of the Bankruptcy Code, all matters in this cases relating to the Debtor are automatically STAYED until further order of the Bankruptcy Court.

IT IS SO ORDERED.

Dated: October 17, 2013

UNITED STATES DISTRICT JUDGE