IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUA-CHEN JENNY LIN and JONATHAN W. DIAMOND, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ECOTALITY, INC., H. RAVI BRAR, SUSIE HERRMAN,<br><br>Defendants. | Case No. 13-3791 SC<br>13-3849 SC<br>13-4579 SC<br><br>ORDER LIFTING STAY |

On October 10, 2013, Defendant ECOtality, Inc. (the "Debtor") filed notices of pendency of bankruptcy in the above-captioned related cases. The Debtor and certain of its affiliates and subsidiaries have filed petitions for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona. On October 17, the Court stayed all matters in these cases relating to the Debtor pursuant to 11 U.S.C. § 362(a)(1). The stay should have been limited to the Debtor. See Ingersoll-Rand Fin. Corp. v. Miller Min. Co., Inc., 817 F.2d 1424, 1427 (9th Cir. 1987). Accordingly, the Court hereby LIFTS the stay with

respect to the Debtor's non-bankrupt co-defendants.  The stay shall remain in effect as to the Debtor pending further order from the Bankruptcy Court.

   IT IS SO ORDERED.

   Dated: December 13, 2013

                                    UNITED STATES DISTRICT JUDGE