COOLEY LLP
TOWER C. SNOW, JR. (58342) (tsnow@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
ADAM C. TRIGG (261498) (atrigg@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
JOSEPH B. WOODRING (272940) (jwoodring@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

Attorneys for Defendants
H. RAVI BRAR and SUSIE HERRMANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ECOtality, Inc. Securities Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 3:13-CV-03791-SC<br>(Consolidated with Case Nos.<br>13-cv-03840 and 13-cv-45679)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Date: January 24, 2014<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti |

**STIPULATION**

WHEREAS, on August 15, 2013, Hua-Chen Lin and Jonathan W. Diamond filed a complaint for violations of the federal securities laws against Ecotality, H. Ravi Brar and Susie Herrmann (the "*Lin*" action [No. 13-CV-03791]);

WHEREAS, on August 19, 2013, Eric M. Cohen filed a substantially similar complaint against Ecotality, H. Ravi Brar and Susie Herrmann (the "*Cohen*" action [No. 13-cv-03840]) and, on October 3, 2013, Francis X. Fleming, Jr. filed a substantially similar complaint against H. Ravi Brar and Susie Herrmann (the "*Fleming*" action [No. 13-cv-45679]);

WHEREAS, on October 15, 2013, six competing movants, including Joseph W. Vale ("Vale"), filed motions to consolidate the *Lin*, *Cohen* and *Fleming* actions, to appoint the movants as lead plaintiff, and to approve the movants' selection of lead counsel;

WHEREAS, on December 13, 2013, the Court issued an order consolidating the *Lin*, *Cohen* and *Fleming* actions, appointing Vale as Lead Plaintiff and approving Vale's selection of Robbins Geller Rudman & Dowd LLP as lead counsel (Dkt. No. 47);

WHEREAS, on December 17, 2013, the Court entered an Order (Dkt. No. 49) setting the schedule for Lead Plaintiff's filing of a consolidated amended complaint and Defendants' response thereto (the "Scheduling Order");

WHEREAS, under the Scheduling Order, Lead Plaintiff shall file a consolidated amended complaint no later than January 31, 2014;

WHEREAS, the Scheduling Order scheduled a hearing on Defendants' motion to dismiss the complaint for June 20, 2014;

WHEREAS, this matter is a class action under the federal securities laws and is subject to a stay of discovery under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(b)(3)(B);

WHEREAS, on January 3, 2014, the Court issued a Notice re: Noncompliance with Court Order in the *Cohen* action (Dkt. No. 24), which noted that the parties have not filed an ADR Certification Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference;

1   WHEREAS, a Case Management Conference is currently set for January 24, 2014;

2   WHEREAS, the parties agree that any case management conference in this matter would
3   be premature and would not benefit the Court or the parties both because discovery is stayed and
4   because lead plaintiff will not file a consolidated complaint until on or before January 31, 2014;

5   WHEREAS, the parties further agree that, for the same reasons, the selection of an ADR
6   process under Civil Local Rule 16-8 and ADR Local Rule 3-5 would be premature and would not
7   benefit the Court or the parties;

8   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties,
9   through their respective counsel, as follows:

10   1.   The January 24, 2014 Case Management Conference shall be taken off calendar, to
11   be rescheduled to July 25, 2014.

12   2.   The deadline for the filing of the ADR Certification and the Stipulation to ADR
13   Process or Notice of Need for ADR Phone Conference shall be extended to 21 days before the
14   continued Case Management Conference, if any.

15   **IT IS SO STIPULATED.**

16   **Respectfully Submitted,**

17   Dated: January 6, 2014                    COOLEY LLP
                                               TOWER C. SNOW, JR. (58342)
18                                             JESSICA VALENZUELA SANTAMARIA (220934)
                                               ADAM C. TRIGG (261498)
19                                             JOSEPH B. WOODRING (272940)

20

21                                                    */s/ Jessica Valenzuela Santamaria*
                                                   Jessica Valenzuela Santamaria (220934)
22

23                                             Attorneys for Defendants
                                               H. RAVI BRAR and SUSIE HERRMANN

| | |
|---|---|
| Dated: January 6, 2014 | ROBBINS GELLAR RUDMAN & DOWD LLP<br>CHRISTOPHER P. SEEFER (201197)<br>KENNETH J. BLACK (291871)<br><br>               */s/ Christopher P. Seefer*<br>           Christopher P. Seefer (201197)<br><br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone:   (415) 288-4545<br>Facsimile:    (415) 288-4534<br>Email:          chriss@rgrdlaw.com<br><br>Lead Counsel for Plaintiff<br><br>ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK (177882)<br>625 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone:   (619) 342-8000<br>Facsimile:    (619) 342-7878<br><br>Additional Counsel for Plaintiff |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Christopher P. Seefer, who has provided the conformed signature above.

| | |
|---|---|
| Dated: January 6, 2014 | COOLEY LLP<br>TOWER C. SNOW, JR. (58342)<br>JESSICA VALENZUELA SANTAMARIA (220934)<br>ADAM C. TRIGG (261498)<br>JOSEPH B. WOODRING (272940)<br><br>               */s/ Jessica Valenzuela Santamaria*<br>           Jessica Valenzuela Santamaria (220934)<br><br>Attorneys for Defendants<br>H. RAVI BRAR and SUSIE HERRMANN |

1  **ORDER**

2  Pursuant to the stipulation of the parties, the January 24, 2014 Case Management
3  Conference is taken off calendar and is hereby rescheduled to ~~July 25, 2014~~ August 8, 2014.  No Case
4  Management Statement is currently due.

5  Further, the deadline under Civil Local Rule 16-8 and ADR Local Rule 3-5 for the filing
6  of the ADR Certification and the Stipulation to ADR Process or Notice of Need for ADR Phone
7  Conference is hereby extended to 21 days before the continued Case Management Conference, if
8  any.

10  IT IS SO ORDERED.

12  DATED: 01/07/2014

          _____
          THE HONORABLE SAMUEL CONTI
          UNITED STATES DISTRICT JUDGE

          *[Signature of Judge Samuel Conti with seal of United States District Court, Northern District of California]*