COOLEY LLP
TOWER C. SNOW, JR. (58342) (tsnow@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:      (415) 693-2000
Facsimile:      (415) 693-2222

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
ADAM C. TRIGG (261498) (atrigg@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:      (650) 843-5000
Facsimile:      (650) 849-7400

COOLEY LLP
JOSEPH B. WOODRING (272940) (jwoodring@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:      (310) 883-6400
Facsimile:      (310) 883-6500

Attorneys for Defendants
H. RAVI BRAR, SUSIE HERRMANN, ENRIQUE SANTACANA, KEVIN CAMERON, and
ANDREW TANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ECOtality, Inc. Securities Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 3:13-CV-03791-SC<br>(Consolidated with Case Nos.<br>13-cv-03840 and 13-cv-45679)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Date:       September 19, 2014<br>Time:       10:00 a.m.<br>Judge:      Hon. Samuel Conti<br><br><span style="color:red">IT IS SO ORDERED AS MODIFIED</span> |

1

**STIPULATION**

2      WHEREAS, on January 31, 2014, Plaintiffs in the above captioned action filed a

3  Consolidated Amended Complaint ("CAC") (Dkt. No. 52)[1];

4      WHEREAS, pursuant to a stipulated briefing schedule, Defendants filed a Motion to

5  Dismiss (Dkt. No. 60), which was set for hearing on August 22, 2014;

6      WHEREAS, on June 16, 2014, Plaintiffs filed an Opposition to the Motion to Dismiss

7  (Dkt. No. 61) and, on July 21, 2014, Defendants filed a Reply (Dkt. No. 65);

8      WHEREAS, on August 20, 2014, the Court vacated the hearing on Defendants' Motion to

9  Dismiss and stated that the Motion will be decided on the papers without oral argument (Dkt. No.

10 67);

11     WHEREAS, this matter is a class action under the federal securities laws and is subject to

12 a stay of discovery under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-

13 4(b)(3)(B);

14     WHEREAS, a Case Management Conference is currently set for September 19, 2014;

15     WHEREAS, the parties agree that any case management conference in this matter would

16 be premature and would not benefit the Court or the parties both because discovery is stayed and

17 because Defendants' Motion to Dismiss is currently pending;

18     WHEREAS, the parties further agree that, for the same reasons, the selection of an ADR

19 process under Civil Local Rule 16-8 and ADR Local Rule 3-5 would be premature and would not

20 benefit the Court or the parties;

21     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties,

22 through their respective counsel, as follows:

23

24

-------

25 [1] On October 15, 2013, six competing movants, including Joseph W. Vale ("Vale"), filed motions
to consolidate three substantially similar actions (*Lin et al. v. ECOtality, Inc. et al.* [No. 13-CV-
26 03791], *Cohen v. ECOtality, Inc. et al.* [No. 13-cv-03840], and *Fleming v. Brar et al.* [No. 13-cv-
45679]), to appoint the movants as lead plaintiff, and to approve the movants' selection of lead
27 counsel.  On December 13, 2013, the Court issued an order consolidating the three actions,
appointing Joseph Vale as Lead Plaintiff, and approving Vale's selection of Robbins Geller
28 Rudman & Dowd LLP as lead counsel.  (Dkt. No. 47.)

1   1.  The September 19, 2014 Case Management Conference shall be taken off

2 calendar, to be rescheduled after the Court issues an Order on Defendants' pending Motion to

3 Dismiss.

4   2.  The deadline for the filing of the ADR Certification and the Stipulation to ADR

5 Process or Notice of Need for ADR Phone Conference shall be extended to 21 days before the

6 continued Case Management Conference, if any.

7   **IT IS SO STIPULATED.**

8   **Respectfully Submitted,**

9 Dated: August 28, 2014   COOLEY LLP
           TOWER C. SNOW, JR. (58342)
10         JESSICA VALENZUELA SANTAMARIA (220934)
           ADAM C. TRIGG (261498)
11         JOSEPH B. WOODRING (272940)

12

13          */s/ Jessica Valenzuela Santamaria*
           Jessica Valenzuela Santamaria (220934)
14

15         Attorneys for Defendants
           H. RAVI BRAR, SUSIE HERRMANN, ENRIQUE
16         SANTACANA, KEVIN CAMERON, and ANDREW
           TANG

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated: August 27, 2014 |
| 2 | |

ROBBINS GELLAR RUDMAN & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
KENNETH J. BLACK (291871)

*/s/ Christopher P. Seefer*

Christopher P. Seefer (201197)

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:     (415) 288-4545
Facsimile:     (415) 288-4534
Email:          chriss@rgrdlaw.com

Lead Counsel for Plaintiff

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone:     (619) 342-8000
Facsimile:     (619) 342-7878

Additional Counsel for Plaintiff

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Christopher P. Seefer, who has provided the conformed signature above.

Dated: August 28, 2014

COOLEY LLP
TOWER C. SNOW, JR. (58342)
JESSICA VALENZUELA SANTAMARIA (220934)
ADAM C. TRIGG (261498)
JOSEPH B. WOODRING (272940)

*/s/ Jessica Valenzuela Santamaria*

Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants
H. RAVI BRAR and SUSIE HERRMANN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties, the September 19, 2014 Case Management

~~continued to Friday, December 12, 2014, at 10:00 AM.  A joint case management~~

Conference is ~~taken off calendar and will be rescheduled after the Court issues an Order on~~

~~statement shall be due no later than December 5, 2014.~~

~~Defendants' pending Motion to Dismiss.  No Case Management Statement is currently due.~~

Further, the deadline under Civil Local Rule 16-8 and ADR Local Rule 3-5 for the filing

of the ADR Certification and the Stipulation to ADR Process or Notice of Need for ADR Phone

Conference is hereby extended to 21 days before the continued Case Management Conference, if

any.

IT IS SO ORDERED.

DATED: _____09/03/2014_____

109966648 v1

IT IS SO ORDERED
AS MODIFIED

Judge Samuel Conti