COOLEY LLP
TOWER C. SNOW, JR. (58342) (tsnow@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
ADAM C. TRIGG (261498) (atrigg@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
JOSEPH B. WOODRING (272940) (jwoodring@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

Attorneys for Defendants
H. RAVI BRAR and SUSIE HERRMANN

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ECOtality, Inc. Securities Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 3:13-CV-03791-SC<br>(Consolidated with Case Nos. 13-cv-03840 and 13-cv-45679)<br><br>**STIPULATION AND [Proposed] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO, AND CONTINUING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Judge: Hon. Samuel Conti |

## STIPULATION

WHEREAS, on September 16, 2014, the Court issued an Order (the "Order") (Dkt. No. 70) granting Defendants' Motion to Dismiss (Dkt. 60) Plaintiffs' Consolidated Amended Complaint;

WHEREAS, the Order dismissed certain of Plaintiffs' claims with prejudice, dismissed the remaining claims with leave to amend, and allowed Plaintiffs 30 days to file an amended complaint;

WHEREAS, the parties have met and conferred about Plaintiffs' anticipated amended complaint and a briefing schedule for Defendants' response thereto;

WHEREAS, this matter is a class action under the federal securities laws and is subject to a stay of discovery under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(b)(3)(B);

WHEREAS, a Case Management Conference is currently set for December 12, 2014 (Dkt. No. 69);

WHEREAS, the parties agree that any case management conference in this matter would be premature and would not benefit the Court or the parties both because discovery is stayed and because Defendants anticipate moving to dismiss Plaintiffs' forthcoming amended complaint;

WHEREAS, the parties further agree that, for the same reasons, the selection of an ADR process under Civil Local Rule 16-8 and ADR Local Rule 3-5 would be premature and would not benefit the Court or the parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel, as follows:

1. Plaintiffs shall file and serve an amended complaint no later than October 23, 2014. The date of filing shall be deemed the date of service for purposes of Defendants' response.

2. Defendants shall file and serve their response to the amended complaint no later than December 8, 2014.

1  3.  If Defendants' response is a motion to dismiss, Plaintiffs shall file and serve their opposition no later than January 21, 2015.

4.  Defendants shall file and serve their reply no later than February 20, 2015.

5.  Defendants' motion to dismiss, if any, shall be set for hearing on March 6, 2015.

6.  The December 12, 2014 Case Management Conference shall be taken off calendar, to be rescheduled for May 1, 2015.

7.  The deadline for the filing of the ADR Certification and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be extended to 21 days before the continued Case Management Conference, if any.

**IT IS SO STIPULATED.**

**Respectfully Submitted,**

Dated: October 6, 2014

COOLEY LLP
TOWER C. SNOW, JR. (58342)
JESSICA VALENZUELA SANTAMARIA (220934)
ADAM C. TRIGG (261498)
JOSEPH B. WOODRING (272940)

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants
H. RAVI BRAR and SUSIE HERRMANN

| | |
|---|---|
| Dated: October 6, 2014 | ROBBINS GELLAR RUDMAN & DOWD LLP<br>CHRISTOPHER P. SEEFER (201197)<br>KENNETH J. BLACK (291871) |

*/s/ Christopher P. Seefer*
Christopher P. Seefer (201197)

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:     (415) 288-4545
Facsimile:     (415) 288-4534
Email:             chriss@rgrdlaw.com

Lead Counsel for Plaintiff

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone:     (619) 342-8000
Facsimile:     (619) 342-7878

Additional Counsel for Plaintiff

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Christopher P. Seefer, who has provided the conformed signature above.

| | |
|---|---|
| Dated: October 6, 2014 | COOLEY LLP<br>TOWER C. SNOW, JR. (58342)<br>JESSICA VALENZUELA SANTAMARIA (220934)<br>ADAM C. TRIGG (261498)<br>JOSEPH B. WOODRING (272940) |

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants
H. RAVI BRAR and SUSIE HERRMANN

**ORDER**

Pursuant to the stipulation of the parties, Plaintiffs shall file and serve an amended complaint no later than October 23, 2014.

Defendants shall file and serve a response to the amended complaint no later than December 8, 2014.

If Defendants' response is a motion to dismiss, Plaintiffs shall file and serve an opposition no later than January 21, 2015. Defendants shall file and serve a reply no later than February 20, 2015.

The hearing on Defendants' motion to dismiss, if any, will be held March 6, 2015.

Further, the December 12, 2014 Case Management Conference is taken off calendar and is rescheduled to May 1, 2015. No Case Management Statement is currently due.

The deadline under Civil Local Rule 16-8 and ADR Local Rule 3-5 for the filing of the ADR Certification and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is hereby extended to 21 days before the continued Case Management Conference, if any.

IT IS SO ORDERED.

DATED: 10/14/2014

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE