| | |
|---|---|
| 1 | COOLEY LLP |
| | TOWER C. SNOW, JR. (58342) (tsnow@cooley.com) |
| 2 | 101 California Street, 5th Floor |
| | San Francisco, CA  94111-5800 |
| 3 | Telephone:     (415) 693-2000 |
| | Facsimile:      (415) 693-2222 |
| 4 | |
| | COOLEY LLP |
| 5 | JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com) |
| | ADAM C. TRIGG (261498) (atrigg@cooley.com) |
| 6 | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| 7 | Telephone:     (650) 849-7000 |
| | Facsimile:      (650) 849-7400 |
| 8 | |
| | COOLEY LLP |
| 9 | JOSEPH B. WOODRING (272940) (jwoodring@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 10 | Santa Monica, CA 90401 |
| | Telephone:     (310) 883-6400 |
| 11 | Facsimile:      (310) 883-6500 |
| 12 | Attorneys for Defendants |
| | H. RAVI BRAR and SUSIE HERRMANN |
| 13 | |
| | [Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ECOtality, Inc. Securities Litigation | Case No.  3:13-CV-03791-SC (Consolidated with Case Nos. 13-cv-03840 and 13-cv-45679) |
| This Document Relates To: | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON FINAL APPROVAL OF SETTLEMENT** |
| ALL ACTIONS. | Judge:      Hon. Samuel Conti |

COOLEY LLP
ATTORNEYS AT LAW

114878633 v1

STIPULATION CONTINUING HEARING ON FINAL
APPROVAL OF SETTLEMENT
3:13-CV-03791-SC

# STIPULATION

WHEREAS, on December 22, 2014, the parties in the above-captioned action ("Parties") entered into a Stipulation of Settlement;

WHEREAS, on December 23, 2014, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, on March 6, 2015, the Court issued a Preliminary Approval Order, preliminarily approving the Stipulation of Settlement, and setting a final Settlement Hearing for June 26, 2015;

WHEREAS, the Preliminary Approval Order requires the Notice of Proposed Settlement of Class Action to be mailed to the Members of the Class no later than March 20, 2015;

WHEREAS, counsel for Defendants are unavailable to attend a hearing on June 26, 2015, and the next available hearing date for which all counsel are available is August 14, 2015;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel, as follows:

**1.** The Settlement Hearing currently scheduled for June 26, 2015 should be continued to August 14, 2015.

**IT IS SO STIPULATED.**

**Respectfully Submitted,**

Dated: March 13, 2015                COOLEY LLP
                                     TOWER C. SNOW, JR. (58342)
                                     JESSICA VALENZUELA SANTAMARIA (220934)
                                     ADAM C. TRIGG (261498)
                                     JOSEPH B. WOODRING (272940)


                                     */s/ Adam C. Trigg*
                                     Adam C. Trigg (261498)

                                     Attorneys for Defendants
                                     H. RAVI BRAR and SUSIE HERRMANN

| | | |
|---|---|---|
|1| Dated: March 13, 2015 | ROBBINS GELLAR RUDMAN & DOWD LLP |
|2| | CHRISTOPHER P. SEEFER (201197) |
| | | KENNETH J. BLACK (291871) |

*/s/ Christopher P. Seefer*
Christopher P. Seefer (201197)

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:   (415) 288-4545
Facsimile:    (415) 288-4534
Email:          chriss@rgrdlaw.com

Lead Counsel for Plaintiff

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone:   (619) 342-8000
Facsimile:    (619) 342-7878

Additional Counsel for Plaintiff

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Adam C. Trigg, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Christopher P. Seefer, who has provided the conformed signature above.

Dated: March 13, 2015

COOLEY LLP
TOWER C. SNOW, JR. (58342)
JESSICA VALENZUELA SANTAMARIA (220934)
ADAM C. TRIGG (261498)
JOSEPH B. WOODRING (272940)

*/s/ Adam C. Trigg*
Adam C. Trigg (261498)

Attorneys for Defendants
H. RAVI BRAR and SUSIE HERRMANN

COOLEY LLP
ATTORNEYS AT LAW

114878633 v1

2

STIPULATION CONTINUING HEARING ON FINAL
APPROVAL OF SETTLEMENT
3:13-CV-03791-SC

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the Settlement Hearing currently scheduled for June 26, 2015 shall be continued to August 14, 2015.

IT IS SO ORDERED.

DATED: 03/16/2015



_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW

114878633 v1

3

STIPULATION CONTINUING HEARING ON FINAL
APPROVAL OF SETTLEMENT
3:13-CV-03791-SC