ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
kennyb@rgrdlaw.com
        - and -
JEFFREY D. LIGHT (159515)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
jeffl@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ECOTALITY, INC. SECURITIES LITIGATION | ) Master File No. 3:13-cv-03791-SC ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) DECLARATION OF LEAD PLAINTIFF ) JOSEPH W. VALE ) ) DATE:     August 14, 2015 ) TIME:      10:00 a.m. ) CTRM:    The Honorable Samuel Conti |

978489_1

I, JOSEPH W. VALE, declare, under penalty of perjury, as follows:

1. I reside in Madison, Wisconsin and serve as a Lead Plaintiff in this matter. I respectfully submit this declaration in support of the proposed settlement, Lead Counsel's request for fees and expenses and my request for reimbursement of $1,350 for the time I incurred in carrying out my responsibilities as a Lead Plaintiff. I have personal knowledge of the statements herein and, if called as a witness, could and would competently testify thereto.

2. I am an individual investor who purchased 101,240 shares of ECOtality common stock between June 25, 2013 and August 7, 2013 for a total purchase price of $150,262.78. I sold 52,630 of these shares during the Class Period, sold another 20,710 shares after the Class Period, and owned 27,900 shares when the Company declared bankruptcy.

3. On December 13, 2013, the Court appointed me as Lead Plaintiff. In fulfillment of my responsibilities on behalf of all Class members, I worked closely with my counsel, Robbins Geller Rudman & Dowd LLP and Zeldes Haeggquist & Eck, LLP, to obtain a favorable result in this case.

4. Throughout the course of this litigation, I actively participated in the prosecution of this case. Among other things, I (a) regularly communicated with counsel concerning strategic and other aspects of this litigation; (b) requested and received regular updates on material events, such as the filing of the motion to be appointed lead plaintiff, the filing of the consolidated amended complaint, defendants' motion to dismiss, opposition to the motion to dismiss and this Court's order granting defendants' motion to dismiss; (c) gathered documents reflecting my purchases and sales of ECOtality stock; and (d) discussed with counsel the settlement of this action, including potential Class damages reasonably achievable in this action.

5. Additionally, I understood that my commitment to the Class as Lead Plaintiff could, and likely would, require responding to discovery by producing documents, providing deposition testimony and testifying at trial. I was prepared to provide such testimony if requested or required.

6. After seriously considering the grounds of the proposed settlement – as well as the risks and uncertainties associated with continued litigation – I authorized Lead Counsel to settle this action for $1.1 million. I considered the risks that (a) an amended complaint would not survive a

1  motion to dismiss; (b) liability could not be proven if a motion to dismiss were denied; and (c) the
2  level of damages likely to be obtained if liability were proven.  For all of the reasons discussed in the
3  memorandum of law in support of the approval of this settlement, I believe that this settlement
4  represents an outstanding recovery on behalf of the Class; that it is an excellent resolution of the
5  litigation that is fair, reasonable and adequate; and that its approval is in the best interest of each
6  Class member.

7        7. I support an award of attorneys' fees in this action of 25% for Lead Counsel as fair
8  and reasonable in light of the result obtained and the complexity of the prosecution of this action.
9  Furthermore, I support counsel's request for payment of its expenses.

10        8. I understand that the Court may award reasonable costs and expenses (including lost
11  wages) to a representative serving on behalf of the Class directly relating to the representation of the
12  Class.  I request reimbursement of $1,350 in connection with my service as Lead Plaintiff during my
13  involvement in this case based on my conservative estimate that I devoted at least 15 hours to the
14  litigation-related activities described above at a rate of $90 per hour.

15        9. I am an owner of a small business (the Tiki Shack) in Madison, Wisconsin.  Based on
16  my recent income, I submit that a rate of $90 per hour is reasonable under the circumstances.

17        10. Based on the above, I respectfully request that the Court approve reimbursement to
18  me of $1,350.

19  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
20  _15_  _March_, 2015 at Madison, Wisconsin.

21
22
23                                    JOSEPH W. VALE
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 4, 2015.

<u>s/ Christopher P. Seefer</u>
CHRISTOPHER P. SEEFER

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  chriss@rgrdlaw.com

1020398_1

# Mailing Information for a Case 3:13-cv-03791-SC In Re Ecotality, Inc. Securities Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **Hal Davis Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Amber L. Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,RobynS@zhlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,smutschall@zlk.com,tgottschlich@zlk.com,nporritt@zlk.com,office@punzalanlaw.com,aapton@zlk.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Jessica Valenzuela Santamaria**
  jsantamaria@cooley.com,galancr@cooley.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com,kennyb@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tower Charles Snow , Jr**
  tsnow@cooley.com,keudaley@cooley.com

- **Adam Christopher Trigg**
  atrigg@cooley.com,jcorrell@cooley.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com,foxl@cooley.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,tcraig@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joseph Bernard Woodring**
  jwoodring@cooley.com,jderosier@cooley.com,maraujo@cooley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`